UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                    :         25cv7163(DLC)

GILBERT FREDERIQUE,              :

                                    :

                     Plaintiff,   :         ORDER

         -v-                   :

                                    :

THE CITY OF NEW YORK,         :

                                    :

                    Defendant.   :

                                    :
------------------------------------- X

DENISE COTE, District Judge:

    An Order of November 3, 2025 directed plaintiff to file an amended complaint or opposition to defendant's November 3 motion to dismiss by November 24.  The plaintiff having failed to file either document, it is hereby

    ORDERED that a hearing shall be held on **December 4, 2025** at **3:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007, during which plaintiff's counsel shall appear to explain why this case should not be dismissed for a failure to prosecute.

Dated:    New York, New York
        December 1, 2025

                                    _____
                                    DENISE COTE
                     United States District Judge