# Civil Rights Consortium

December 1, 2025

**BY ECF**
Hon. Denise L. Cote, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       **RE: Gilbert Frederique v. The City of New York,**
           **Docket No. 25-cv-07163(DLC)**

Dear Judge Cote,

I am writing in response to the Court's Order to Appear before the Court as to why the case should not be dismissed for failure to prosecute.

Therefore, I wanted to bring to the Court's attention that prior to the Court's issuance of its November 4, 2025, Order, the parties had already stipulated the day before, that the Plaintiff's response would be submitted within thirty days' time from the due date of November 14, 2025, given my motion practice schedule. In turn, I agreed that the Defendants' reply would have 30 days from that response in which to file reply papers; filing Defendant's reply by January 16, 2025.

However, the following day the Court's Order came down, and instructed that any amended complaint was to be filed by November 24, 2025, with the Order proving in pertinent part, "It is unlikely that the Plaintiff will have a further opportunity to amend." The statement spoke soundly to the need to consider whether to file an amendment. Therefore, in moving to proceed before the Court *pro hac*, I submitted a supplemental letter application, in part asking for permission to file the attached amended complaint.

89-07 JAMAICA AVENUE, WOODHAVEN, NY 11421
T (855) 246-2776 (MAIN) * (347) 508-3497 (DIRECT)
WWW.CIVILRIGHTSCONSORTIUM.COM

However, it was not until two days letter, on November 26, 2025, in curing a filing defect, at which time I noted that I referenced the proposed amended complaint, but inadvertently did not attach the amendment. I respectfully request that this letter-response be accepted as Plaintiff counsel's explanation, advocating that the Plaintiff had not failed to prosecute his claims.

Nonetheless, respectfully, in the event that the Court deems this letter-response to be insufficient for such purposes, I, respectfully, request that I be allowed to appear remotely for such purposes, given the short notice to appear on December 4, 2025, and my current litigation schedule. Similarly, given the short time, I have not had the opportunity to reach out to Defense counsel inquiring whether Defense counsel consents. The original date to appear is December 4, 2025, at 3 p.m. This is Plaintiff counsel's first request for an adjournment or modification of the appearance.

Respectfully Submitted,

*E. Dubois Raynor, Jr.*
E. Dubois Raynor, Jr.
Managing Attorney

**BY ECF & EMAIL**
Hayley N. Bronner, Assistant Corporation Counsel
New York City Corporation Counsel
ATTORNEY'S FOR THE DEFENDANT
100 Church Street
New York, New York 10007

*The parties shall appear in person in Courtroom 18B. The parties may propose other times on December 4 or 5 that are available on the Court's calendar.*

*Denise Cote*
*December 3, 2025*