UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :        25cv7163(DLC)
GILBERT FREDERIQUE,                      :
                                         :
                        Plaintiff,       :            ORDER
            -v-                          :
                                         :
THE CITY OF NEW YORK,                    :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

A show cause hearing was held on December 4, 2025 at 3:00 p.m. in Courtroom 18B.  Mr. Raynor, the plaintiff's attorney who filed the case and submitted a December 1 letter regarding "why this cause should not be dismissed for failure to prosecute," did not appear.  Accordingly, it is hereby

ORDERED that a hearing shall be held on **December 5, 2025** at **10:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007, during which Mr. Raynor shall appear to explain why this case should not be dismissed for a failure to prosecute.

Dated:    New York, New York
          December 4, 2025

                                     _____
                                           DENISE COTE
                                 United States District Judge